# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00606-CV

**Sindia Lozada, Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 245,753-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sindia Lozada no longer wishes to pursue her appeal and has filed a motion to dismiss. Lozada's counsel states that he has conferred with counsel for appellee Texas Department of Family and Protective Services, who does not oppose this motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: November 9, 2011